Decided July 8, 2010

## JEFFREY J. DONTIGNEY *v.* O & G INDUSTRIES, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 121 Conn. App. 901 (AC 30917), is denied.

*Jeffrey J. Dontigney,* pro se, in support of the petition.

Decided July 8, 2010